```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ABDUL SHARIFF et al.,               :    96 Civ. 3001 (BSJ)
                                    :
                Plaintiffs,         :
                                    :        ORDER
v.                                  :
                                    :
PHILIP COOMBE et al.,               :
                                    :
                Defendants.         :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On May 22, 2009, counsel for Plaintiffs filed a Statement of Death for Plaintiff Stephen Gowins. On August 26, 2009, this Court granted a 60-day extension of time for the representative of the estate of Mr. Gowins to substitute the estate as a Plaintiff in this litigation. On January 5, 2010, the Court received a letter from Todd Brown, who states that he is Mr. Gowins' brother, requesting the Court's permission to pursue and secure the estate of Mr. Gowins on behalf of Mr. Gowins' widow, Sharon Gowins. On March 1, 2010, the Court received a letter from Ms. Gowins requesting an extension of time for her to become the administrator of Mr. Gowins' estate.

The Court DENIES Mr. Brown's request and GRANTS Ms. Gowins' request for an extension of time. The time to substitute the representative of the estate of Mr. Gowins is extended to a date sixty (60) days from the date of this Order.

**So Ordered:**

*/s/ Barbara S. Jones*
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         April 5, 2010