UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
ABDUL SHARIFF et al.,               :    96 Civ. 3001 (BSJ)
                                    :
            Plaintiffs,             :
                                    :    **ORDER**
v.                                  :
                                    :
PHILIP COOMBE et al.,               :
                                    :
            Defendants.             :
------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/10

Pursuant to the Court's Opinion and Order of August 7, 2009, the Clerk of Court is directed to dismiss Plaintiff Samuel Johnson from this case with prejudice.

**So Ordered:**

                            _____
                            BARBARA S. JONES
                            UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         April 5, 2010

1