UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ABDUL SHARIFF et al.,                   :   96 Civ. 3001 (BSJ)
                                        :
                  Plaintiffs,           :
                                        :   ORDER
v.                                      :
                                        :
PHILIP COOMBE et al.,                   :
                                        :
                  Defendants.           :
----------------------------------------x

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/10

    On February 15, 2010, the Court issued an Order to Plaintiff Abdul Suluk instructing him to notify the Court in writing within 30 days of the date of the Order whether he intends to continue to prosecute this action. In a letter to the Court dated February 25, 2010, Mr. Suluk states that he wishes to continue to prosecute this case and that he is in communication with Plaintiffs' counsel. Therefore, the Court will not dismiss Mr. Suluk from this action.

So Ordered:

*[signature]*
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         April 5, 2010